COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-14-00938-CR

Style:     Xavier Sherod Dukes v. The State of Texas

Date motion filed[*]:     April 1, 2015

Type of motion:     Third Motion to Extend Time to File Appellant's Brief

Party filing motion:     Appellant

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No

If motion to extend time:

     Original due date:     January 29, 2015

     Number of extensions granted:     2     Current Due Date:  April 1, 2015

     Date Requested:     May 4, 2015

Ordered that motion is:

     ☑ Granted

          If document is to be filed, document due:  May 4, 2015.

          ☑     No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

On March 2, 2015, the Clerk of this Court granted appellant's second extension and warned counsel that no further extensions would be granted absent exceptional circumstances. Appellant's motion states that, since the complete record was filed, counsel has been appointed to three felony cases where the prior attorney withdrew after the case was set for trial and counsel has been given a short time to prepare. Thus, appellant's motion is **granted**, but counsel is warned that **no further extensions will be granted.** Accordingly, if appellant's brief is not filed by May 4, 2015, the Court may abate this appeal for a hearing. *See* Tex. R. App. P. 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes
          ☑ Acting individually     ☐ Acting for the Court

Date: April 9, 2015